Stark County Bar Association *v.* Bernabei.

[Cite as Stark County Bar Assn. v. Bernabei (1976),
46 Ohio St. 2d 455.]

(D. D. No. 76-7—Decided June 23, 1976.)

Mr. *Louis A. Boettler*, Mr. *Sanders J. Mestel* and Mr. *Eugene Andrews*, for relator.

Mr. *John Kennedy Lynch*, for respondent.

*Per Curiam.* The finding of misconduct made by the Board of Commissioners on Grievances and Discipline is fully supported by the record. The penalty ordinarily imposed by this court upon an attorney who has been adjudged guilty of knowingly and willfully failing to file a federal income tax return is suspension from the practice of law for an indefinite period. *Cleveland Bar Assn.* v. *Stein* (1972), 29 Ohio St. 2d 77, and progeny. It is so ordered.

*Judgment accordingly.*

O'NEILL, C. J., HERBERT, CORRIGAN, STEPHENSON, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.

STEPHENSON, J., of the Fourth Appellate District, sitting for STERN, J.